### SHRIMPTON cont^a HUDSON

Samuel Shrimpton plaint. cont^a William Hudson Tavernkeeper
Defend^t in an action of debt for not paying the Summe of one hundred
& five pounds or thereabout in money due by booke w^th due damages:

. . . The Iury . . . found for the plaint. one hundred and five pounds Five Shillings four pence in money & costs of Court being twenty nine Shillings eight pence.